WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
cmiller@wrightlegal.net
*Attorneys for Plaintiff, Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION,<br><br>Defendant. | Case No.: 2:17-cv-01750-APG-PAL<br><br>**STIPULATION AND ORDER FOR POSTING OF SECURITY COSTS PURSUANT TO NRS 18.130(1)** |

Plaintiff, Federal National Mortgage Association (hereinafter "Fannie Mae"), by and through its attorneys of record the law firm of Wright, Finlay & Zak, LLP, and SFR Investments Pool 1, LLC (hereinafter "SFR") by and through its attorneys of record Kim Gilbert Ebron, hereby stipulate and agree as follows:

1. On August 22, 2017, SFR demanded the deposit of a five-hundred ($500.00) cost bond pursuant to NRS 18.130(1) [ECF No. 13]; and

///

///

///

///

///

2. Fannie Mae does not oppose this demand but needs an Order from this Court before the Clerk will accept the bond.

**IT IS SO STIPULATED**

| | |
|---|---|
| Dated this 1st day of September, 2017. | Dated this 1st day of September, 2017. |
| KIM GILBERT EBRON | WRIGHT, FINLAY & ZAK, LLC |
| */s/ Diana Cline Ebron, Esq.* | */s/ Christina V. Miller, Esq.* |
| Diana Cline Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 009578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>*Attorneys for Plaintiff, Federal National Mortgage Association* |

**IT IS ORDERED** that Fannie Mae will post a $500.00 security cost bond, pursuant to NRS 18.130(1) with the Clerk of this Court fifteen within (15) days after this Order is filed.

Dated: September 1, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE