WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff, Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION,<br><br>Defendant. | Case No.: 2:17-cv-01750-APG-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF BRIEFING DEADLINES**<br><br>**[First Request]** |

Plaintiff, Federal National Mortgage Association (hereinafter "Fannie Mae"), by and through its attorneys of record, the law firm of Wright, Finlay & Zak, LLP, and SFR Investments Pool 1, LLC (hereinafter "SFR"), by and through its attorneys of record Kim Gilbert Ebron, hereby stipulate and agree as follows:

WHEREAS, On March 9, 2018, Fannie Mae filed a Motion for Summary Judgment. ECF No. 37. The deadline for SFR to respond to this Motion for Summary Judgment is currently set for March 30, 2018.

WHEREAS, also on March 9, 2018, Fannie Mae filed a Motion to Stay Discovery. ECF No. 38.

WHEREAS, on March 23, 2018, SFR filed a Motion for Reconsideration of Order Denying Motion to Dismiss. ECF No. 42. The deadline for Fannie Mae to file a response to the

Motion for Reconsideration is April 6, 2018.

WHEREAS, also on March 23, 2018, SFR filed an Opposition to the Motion to Stay Discovery and a Counter-Motion to Stay the Case Pending a Decision on SFR's Motion for Reconsideration. ECF No. 43. The deadline for Fannie Mae to file a Reply in support of its Motion to Stay Discovery is March 30, 2018.

WHEREFORE, based on the foregoing, SFR and Fannie Mae hereby stipulate and agree to extend the response deadlines, identified above, as follows:

- Fannie Mae's Reply in support of its Motion to Stay Discovery is extended from March 30, 2018 to **April 6, 2018**;
- SFR's Response to the Motion for Summary Judgment is extended from March 30, 2018 to **April 13, 2018**;
- Fannie Mae's Opposition to SFR's Motion for Reconsideration is extended from April 6, 2018 to **April 20, 2018**, and SFR's Reply in response to the Opposition to Motion for Reconsideration will be due thereafter on **April 27, 2018**; and
- Fannie Mae's Reply in support of its Motion for Summary Judgment is extended from April 27, 2018 to **May 4, 2018**.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 30th day of March, 2018.<br>KIM GILBERT EBRON | Dated this 30th day of March, 2018.<br>WRIGHT, FINLAY & ZAK, LLC |
| /s/ Karen L. Hanks, Esq.<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 009578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | /s/ Christina V. Miller, Esq.<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>*Attorneys for Plaintiff, Federal National Mortgage Association* |

**IT IS SO ORDERED**.
Dated: April 2, 2018.

_____
UNITED STATES DISTRICT JUDGE