1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  *fka Howard Kim & Associates*
   7625 Dean Martin Drive, Suite 110
7  Las Vegas, Nevada 89139
   Telephone: (702) 485-3300
8  Facsimile: (702) 485-3301
   *Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No. 2:17-cv-01750-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; KEN YAO-HUI KWONG, an individual,<br><br>Counter/Cross Defendants. | |

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

Plaintiff, Federal National Mortgage Association ("FNMA"), and Defendant/Counter-Claimant, SFR Investments Pool 1, LLC ("SFR"), (collectively the "Parties") by and through their counsel of record, hereby stipulate and agree as follows:

On March 23, 2018, SFR filed and served its Motion for Reconsideration. [ECF No. 42]. On April 20, 2018, FNMA filed its Response. [ECF No. 57].

SFR's Reply in support of its Motion for Reconsideration is currently due on April 27, 2018. SFR's Counsel is requesting a continuance until April 30, 2018. The parties are in agreement to extend the deadline for the Reply in support of Motion for Reconsideration. This is the first request. This request is made in good faith and is not for the purposes of delay or prejudice to any other party.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline to file Reply in support of SFR's Motion for Reconsideration [ECF No. 42] shall be extended to **Monday, April 30, 2018**.

| | |
|---|---|
| DATED this 27h day of April, 2018.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>*/s/Matthew S. Carter*<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Matthew S. Carter, Esq.<br>Nevada Bar No. 9524<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>Attorneys for *Plaintiff, Federal National Mortgage Association* | DATED this 27th day of April, 2018.<br>KIM GILBERT EBRON<br><br>*/s/ Karen L. Hanks*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for Defendant, SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

Dated: April 30, 2018.

_____
U.S. DISTRICT JUDGE