DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; KEN YAO-HUI KWONG, an individual,<br><br>Counter/Cross Defendants. | Case No. 2:17-cv-01750-APG-PAL<br><br>**STIPULATION TO EXTEND BRIEFING** |

SFR Investments Pool 1, LLC ("SFR") and Federal National Mortgage Association ("FNMA") hereby stipulate and agree as follows:

…

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1. FNMA filed its Motion for Summary Judgment on SFR's Counterclaims [ECF No. 71] ("FNMA's MSJ") on December 13, 2018.

2. SFR's Opposition to FNMA's MSJ is currently due January 3, 2019.

3. FNMA's Reply in Support of its MSJ is currently due January 17, 2019.

4. FNMA filed its Motion to Stay Discovery Pending Decision on FNMA's MSJ [ECF No. 72] ("FNMA's Motion to Stay") on December 13, 2018.

5. SFR's Opposition to FNMA's Motion to Stay is currently due December 27, 2018.

6. FNMA's Reply in Support of its Motion to Stay is currently due January 3, 2019.

7. The parties stipulate that SFR's Oppositions to the MSJ and Motion to Stay shall be due January 3, 2019.

8. The parties further stipulate that FNMA's Replies in Support of the MSJ and Motion to Stay shall be due February 1, 2019.

9. This is the parties first request for an extension of these deadlines. These extensions are to allow the parties to fully assess and brief the issues included in the Motions and is not requested for purposes of delay or prejudice to any party.

| KIM GILBERT EBRON | WRIGHT FINLAY & ZAK LLP |
|---|---|
| */s/ Jason G. Martinez*  <br>Jacqueline A. Gilbert, Esq.  <br>Nevada Bar No. 10593  <br>Jason G. Martinez, Esq.  <br>Nevada Bar No. 13375  <br>7625 Dean Martin Drive, Suite 110  <br>Las Vegas, NV 89139  <br>Telephone: (702) 485-3300  <br>Facsimile: (702) 485-3301  <br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Christina V. Miller*  <br>Christina V. Miller, Esq.  <br>Nevada Bar No. 12448  <br>7785 W. Sahara Avenue, Suite 200  <br>Las Vegas, NV 89117  <br>Telephone: (702) 475-7964  <br>Facsimile: (702) 946-1345  <br>*Attorneys for Federal National Mortgage Association* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 28, 2018