WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION,<br><br>Defendants.<br>_____<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant,<br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; KEN YAO-HUI KWONG, an individual,<br><br>Counter/Cross-Defendants. | Case No.: 2:17-cv-01750-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION TO FILE ITS REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION [ECF NO. 109]** |

COMES NOW, Plaintiff/Counter-Defendant Federal National Mortgage Association ("Fannie Mae") and Defendant/Counterclaimant SFR Investments Pool 1, LLC ("SFR"), by and through their counsel of record, and hereby stipulate and agree as follows:

WHEREAS, on March 4, 2020, Fannie Mae moved this Court to reconsider its prior Order finding that Fannie Mae's quiet title claim was time-barred under Nevada's four-year catchall limitations period. ECF No. 109. SFR filed its Response thereto on March 18, 2020. ECF No. 112.

WHEREAS, the current deadline for Fannie Mae to file a Reply in support of its Motion for

Reconsideration is March 25, 2020.

WHEREAS, the legal issues presented by the Motion and Opposition are complex and require additional time to adequately review and respond. In addition, counsel for Fannie Mae is transitioning their office to work remotely in accordance with Governor Sisolak's directive on March 17, 2020. Accordingly, Fannie Mae seeks a 14-day extension of the deadline to file its Reply. Counsel for SFR was consulted on this request and does no oppose this brief extension.

WHEREFORE, based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that the deadline for Fannie Mae to file a Reply in support of its Motion for Reconsideration (ECF No. 109) should be continued for 14 days from March 25, 2020, to April 8, 2020.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 20th day of March, 2020. | Dated this 20thday of March, 2020. |
| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
| /s/ Christina V. Miller, Esq. | /s/ Jacqueline A. Gilbert, Esq. |
| Christina V. Miller, Esq. | Jacqueline A. Gilbert, Esq. |
| Nevada Bar No. 12448 | Nevada Bar No. 10593 |
| 7785 W. Sahara Ave., Suite 200 | 7625 Dean Martin Dr., Suite 110 |
| Las Vegas, NV 89117 | Las Vegas, NV 89139 |
| *Attorney for Plaintiff/Counter-Defendant* | *Attorney for Defendant/Counterclaimant* |
| *Federal National Mortgage Association* | *SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

Dated: March 20, 2020.

_____
UNITED STATES DISTRICT JUDGE