WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION,<br><br>　　　　　Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　　Counter/Cross-Claimant,<br>　　vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; KEN YAO-HUI KWONG, an individual,<br><br>　　　　　Counter/Cross-Defendants. | Case No.: 2:17-cv-01750-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION** |

　　　　COMES NOW, Plaintiff/Counter-Defendant Federal National Mortgage Association ("Fannie Mae") and Defendant Southern Highlands Community Association ("HOA"), by and through their counsel of record, and hereby stipulate and agree as follows:

　　　　WHEREAS, Fannie Mae and the HOA reached a resolution of Fannie Mae's claims against the HOA, which have been reduced to a written settlement agreement and the terms thereof completed in full.

///

1

WHEREFORE, based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that Fannie Mae's Amended Complaint (ECF No. 32) against the HOA is hereby dismissed, with prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated this 16th day of July, 2020.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter-Defendant /Counterclaimant Federal National Mortgage Association*

Dated this 16th day of July, 2020.
ALVERSON, TAYLOR & SANDERS

*/s/ Alexander P. Williams*
Alexander P. Williams, Esq.
Nevada Bar No. 14644
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
*Attorneys for Defendant Southern Highlands Community Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 17, 2020.

2